IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMIEL CUETO,**

    **Applicant-defendant,**

v.

**UNITED STATES OF AMERICA,**

    **Respondent-plaintiff.**                            **Case No. 11-cv-693-DRH**

**ORDER**

**HERNDON, Chief Judge:**

This matter comes before the Court for case management purposes. It has come to the Court's attention that Amiel Cueto's application for writ of error coram nobis should have been filed in his original criminal case. See *Wall v. R.I. Dep't of Corrs.*, 131 S. Ct. 1278, 1288-89 (2011) ("We have said, for example, that a writ of *coram nobis* 'is a step in the criminal case and not . . . a separate case and record, the beginning of a separate civil proceeding.") (citing *United States v. Morgan*, 346 U.S. 502, 505 (1954)); see also *United States v. Denedo*, 129 S. Ct. 2213, 2221 (2009) ("Because *coram nobis* is but an extraordinary tool to correct a legal or factual error, an application for the writ is properly viewed as a belated extension of the original proceeding during which the error allegedly transpired."). Accordingly, the Court hereby expressly incorporates all documents filed in this case (11-cv-693) into Cueto's original criminal proceeding (96-cr-30070) and transfers this case to 96-cr-30070 for all future proceedings. All future filings shall contain

cause number 96-cr-30070 and be filed in that case.  The Clerk of Court is instructed to close 11-cv-693.

**IT IS SO ORDERED.**

Signed this 16th day of February, 2012.

David R. Herndon
2012.02.16 15:20:34
-06'00'

**Chief Judge
United States District Court**